. Brian E. PELTIER, Plaintiff—
Appellant,

v.

Jobe C. METTS, MD; MUSC; Tenet
South Carolina, d/b/a East Cooper Re-
gional Medical Center; University
Medical Associates; J.C. Nicholson,
Jr., Circuit Court Judge State of SC;
Florida Medical Development, Incor-
porated; Sandra J. Senn; Robin L.
Jackson; The Law Firm of Sandra J.
Senn; Robert H. Hood, Jr.; Hood Law
Firm, LLC; Lindsay K. Smith–Yan-
cey; Douglas Pratt–Thomas; The
Law Firm of Pratt–Thomas Walker;
Hugh W. Buyck; Darren K. Sanders;
All Defendants Insurance Companies,
tbd at discovery phase of this trial;
Thomas E. Keene, MD; Rhonda Rich-
ardson, MUSC Affiliation; South Car-
olina Budget and Control Board, De-
fendants—Appellees.

No. 09–1173.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 30, 2009.

Decided: Aug. 3, 2009.

Brian E. Peltier, Appellant Pro Se.

Before MOTZ, KING, and DUNCAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Brian E. Peltier appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Peltier
v. Metts*, No. 2:09–cv–00044–DCN (D.S.C.
Jan. 28, 2009). We dispense with oral
argument because the facts and legal con-
tentions are adequately presented in the
materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*